**THE UNITED STATES DISTRICT COURT**
**FOR THE UNITED STATES VIRGIN ISLANDS**
**ST. CROIX DIVISION**

| | | |
|---|---|---|
| ILP+ McCHAIN MILLER NISSMAN | | |
| Plaintiff, | ) | |
| v. | ) | Case N. 1:13-cv-00053 |
| INDEPENDENCE BANK, | ) | |
| Defendant. | ) | |

**NOTICE OF NO OPPOSITION & REQUEST FOR RULING**

**PLEASE TAKE NOTICE** that on May 29, 2013 Defendant, Independence Bank (the "Bank"), filed a motion entitled "Defendant, Independence Bank's Motion to Refer Case to the Bankruptcy Court" (D.E. #2) (the "Motion"). The time for any response having run, and there being no timely request for extension of time to respond, the Motion is unopposed. Accordingly, the Bank requests that this honorable Court rule on and grant said Motion at its earliest convenience.

Dated: June 14, 2013

*/s/ Christopher A. Kroblin*

Christopher Allen Kroblin, Esq.
V.I. Bar No. 966
KELLERHALS FERGUSON FLETCHER KROBLIN LLP
9100 Havensight
Port of Sale, Suite 15-16
St. Thomas, VI 00802
Telephone: (340) 779-2564
Facsimile: (888) 316-9269
Email: ckroblin@kffklaw.com

and

**MARSHALL GRANT, P.L.**
Attorneys for Independence Bank
197 South Federal Highway, Suite 300
Boca Raton, Florida 33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email: amarshall@marshallgrant.com

/s/ Adam D. Marshall
ADAM D. MARSHALL
Fla. Bar No. 579823
JOE M. GRANT
Fla. Bar No. 137758
LAWRENCE E. PECAN
Fla. Bar No. 99086
Not Admitted in the U.S. Virgin Islands.
*Will seek pro hac vice admission*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** under penalty of perjury that on this 14th day of June, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or via other electronic transmission.

By: *Christopher Allen Kroblin* /s/ *Christopher Allen Kroblin*

**SERVICE LIST**

Scot F. McChain
53A Company St.
Christiansted, St. Croix
U.S. Virgin Islands 00820
scot@mcchainnissman.com