**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **ILP+ McCHAIN MILLER NISSMAN,**<br><br>         **Plaintiff,**<br><br>v.<br><br>**INDEPENDENCE BANK,**<br><br>         **Defendant.**<br>_____ | 1:13-cv-00053 |

**TO:** Scot F. McChain, Esq.
    Christopher Allen Kroblin, Esq.

## **ORDER**

THIS MATTER is before the Court upon Defendant's Motion to Refer Case to the Bankruptcy Court (ECF No. 2). The time for filing a response has expired.

Having reviewed the motion and exhibits, the Court finds that the above-captioned matter is related to a bankruptcy matter and is properly within the jurisdiction of the bankruptcy court.

Accordingly, it is now hereby **ORDERED**:

1. Defendant's Motion to Refer Case to the Bankruptcy Court (ECF No. 2) is **GRANTED**.

2. The above-captioned matter is **REFERRED** to the Bankruptcy Court for the District of the Virgin Islands as an adversary proceeding under the lead case number 12-bk-30011-MFW (In re Tramcon, Inc.).

                                              ENTER:


Dated: July 1, 2013                        /s/ George W. Cannon, Jr.
                                              GEORGE W. CANNON, JR.
                                              MAGISTRATE JUDGE